**O. Price, appellee, v. Thomas Pullem, impleaded with Thomas Lawrence, appellant. Gen. No. 28,113.**

Forcible detainer for possession of premises wrongfully withheld. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Reversed and remanded. Opinion filed February 20, 1924.

Ellis & Westbrooks, Harris B. Gaines, James S. Winfrey and W. Chester Kitchen, for appellant; Richard E. Westbrooks, of counsel. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Thomas Cusack Company, appellee, v. J. R. Myers Company, appellant. Gen. No. 28,123.**

Forcible detainer for certain pieces of real estate wrongfully withheld. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. D. H. Wamsley, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Reversed and remanded. Opinion filed February 20, 1924.

E. Allen Frost, for appellant. Orville W. Lee, for appellee; Cecil A. Brown, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Emma Bodenschatz, appellee, v. Christopher Stephan et al., on appeal of Thomas Mack, appellant. Gen. No. 28,133.**

Suit for partition. Judgment declaring former amicable partition void and ordering redelivery of note and coupons given in pursuance thereof. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed February 20, 1924.

Lyman M. Paine, for appellant. Francis M. Lowes, for appellee; LeRoy Richards, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Karel Blaha, appellee, v. Frank Vosejpka, appellant. Gen. No. 28,142.**

Forcible detainer alleging wrongful withholding. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Bernard P. Barasa, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed February 20, 1924.

Otto Schusterman, for appellant. No appearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.